THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-5042RBL |
| Plaintiff, ) | |
| vs. ) | MOTION AND AGREED ORDER EXTENDING PRETRIAL MOTIONS CUTOFF DATE |
| IBRAHIM JOZIN, ) | |
| Defendant. ) | |

**MOTION**

COMES NOW the defendant, Ibrahim Jozin, by and through his attorney, Zenon P. Olbertz for an Order extending his pretrial motions cutoff date, presently scheduled for June 15, 2007, as attorney Zenon P. Olbertz was recently appointed on June 13, 2007, two days prior to the previously scheduled pretrial motions cutoff date. Furthermore, it is the defendant's understanding that discovery is not yet complete in this matter. The government has no objection to this motion.

RESPECTFULLY SUBMITTED this 15th day of June, 2007.

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant
/s/
By:_____
Zenon P. Olbertz
WSB #6080

AGREED ORDER EXTENDING PRETRIAL MOTIONS
CUTOFF DATE - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

# AGREED ORDER

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Ibrahim Jozin, for an order allowing an extension of his pretrial motions cutoff date, presently scheduled for June 15, 2007, to allow time for newly appointed counsel to review the file, and further to allow for the completion of discovery; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the pretrial motions cutoff date presently scheduled for June 15, 2007, is hereby stricken.  The pretrial motions cutoff date is rescheduled to June 29th 2007.

IT IS SO ORDERED this 19th day of June 2007

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)

Submitted by:

 /s/
_____
Zenon P. Olbertz, WSB #6080
Attorney for Ibrahim Jozin


 Approved:  6/18/07
_____
J. Tate London, WSB #18097
Assistant U.S. Attorney

AGREED ORDER EXTENDING PRETRIAL MOTIONS
CUTOFF DATE - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

# CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2007, I electronically filed the foregoing Agreed Order Extending Pretrial Motions Cutoff with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Tate London
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I hereby certify that on June 18th, 2007, I mailed the Agreed Order Extending Pretrial Motions Cutoff to the following:

Ibrahim Jozin
Reg. #67841-065
Federal Detention Center
 At Sea-Tac
P.O. Box 13900
Seattle, WA  98198

DATED this 18th day of June, 2007.

/s/
_____
Sarah M. Heckman
Legal Assistant