UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IBRAHIM JOZIN,<br><br>            Defendant. | Case No. CR07-5042RBL<br><br>ORDER DENYING MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE |

  This matter comes before the court on the motion of the Defendant to modify terms and conditions of release. (Dkt. #84).  The Court has reviewed the documents filed on behalf of the Defendant as well as those filed by the Plaintiff (Dkt. #89) in opposition of the Defendant's motion.  This court finds that the Defendant has failed to present sufficient information that would overcome the concerns set forth in the Detention Order (Dkt. #51) and the motion to modify terms and conditions of release is DENIED.

  DATED this 7TH day of September, 2007.

               /s/ Karen L. Strombom
              Karen L. Strombom
              U.S. Magistrate Judge