HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

IBRAHIM JOZIN,

        Defendant.

Case No. CR07-5042RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant Jozin's Motion for Foreign Deposition of Jimi Jouzine [Dkt. #93].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant Jozin is charged in a two-count indictment with conspiracy to commit arson and arson. The government alleges that he conspired with two co-defendants to set fire to the Galilee Cafe, a Vancouver, Washington restaurant owned by his brother, Jimi Jouzine. Jozin has moved to take the deposition of Jimi Jouzine pursuant to Fed. R. Crim. P. 15(a). The Rule provides that "[t]he court may grant the motion because of exceptional circumstances and in the interests of justice."

Mr. Jouzine is currently living in Galilee, Israel. He self-deported to Israel after receiving notice from the Department of Homeland Security that he should report to the authorities for the purposes of being removed from the country. He is a person of interest to federal law enforcement in the arson. Therefore, he is unavailable as a witness and exceptional circumstances exist for the taking of his deposition. Furthermore,

it is in the interest of justice to allow his deposition because it appears that his testimony would be relevant and material to the defendant's defense. It is therefore

**ORDERED** that Defendant Jozin's Motion for Foreign Deposition [Dkt. #93] is **GRANTED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE